THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN
SCHULTZ and STANLEY KOSLOSKI, Appellants.

Argued January 8, 1948; decided January 16, 1948.

*Miles F. McDonald, District Attorney (Solomon A. Klein* of counsel), for respondents.

Judgments affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.